PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Omar Glover                                         Cr.: 04-00397-001

Name of Original Sentencing Judicial Officer: Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 03/25/05

Original Offense: Unlawful Transport of Firearms, Etc.

Original Sentence: 25 months imprisonment; 3 years supervised release; $100 special assessment; Special conditions: drug testing and/or urinalysis and DNA testing.

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/12/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**<br><br>On December 18, 2007, Glover's urine tested positive for marijuana. The offender denies any marijuana use. |

U.S. Probation Officer Action:

Probation recommends presentation of this document to the offender as a formal judicial written reprimand.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 12/27/07

PROB 12A - Page 2
Omar Glover

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

1/8/08
_____
Date